UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANDY STROUD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:06CV1175 HEA |
| ) | |
| STEVE LARKINS, ) | |
| ) | |
| Respondent, ) | |

# OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Thomas C. Mummert, III that Petitioner's 28 U.S.C. § 2254 Petition be denied. Although the Court granted Petitioner's Motion for Extension of Time within which to File Objections, Petitioner has not done so within the time given.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Mummert as set forth in his July 29, 2009 Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's 28 U.S.C. § 2254 Petition is **DENIED**.

A separate judgment in accordance with this Order is entered this same date.

Dated this 8th day of September, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE